IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GRETCHEN E. OLDS, THE STATE OF GEORGIA *ex rel.* GRETCHEN E. OLDS, and GRETCHEN E. OLDS on her own behalf,<br><br>    Plaintiffs and Relator,<br><br>v.<br><br>ONELIO E. PERDOMO, DAVE W. GEORGE, and RIVERSIDE FAMILY MEDICAL, P.C.,<br><br>    Defendants. | Civil Action No.<br>1:18-cv-01296-ELR |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff-Relator Gretchen E. Olds hereby files this Notice of Dismissal and respectfully requests that this action be dismissed without prejudice.

The Complaint alleges causes of action in the name of the United States of America and the State of Georgia pursuant to the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3730(b) and the Georgia False Medicaid Claims Act, O.C.G.A. § 49-4-168.1, as well as other individual causes of action.

The United States of America and the State of Georgia have authorized the undersigned counsel to state that they consent to this voluntary dismissal. *See* 31 U.S.C. § 3730(b)(1); O.C.G.A. § 49-4-168.2(b).

This action is dismissed without prejudice because the Defendants have not been served with the Complaint, and they have not filed an Answer or any other pleading in this matter. *See* Fed. R. Civ. P 41(a).

Respectfully submitted this 11th day of December, 2018.

| | |
|---|---|
| s/ Lynn M. Adam<br>Georgia Bar No. 002319<br>ladam@khayatlawfirm.com<br>Robert C. Khayat<br>Georgia Bar No. 416981<br>rkhayat@khayatlawfirm.com<br><br>**THE KHAYAT LAW FIRM**<br>75 Fourteenth Street, NE<br>Suite 2750<br>Atlanta, Georgia 30309<br>Tel: (404) 978-2750<br>Fax: (404) 978-2901 | s/ Kevin A. Maxim<br>Georgia Bar No. 478580<br>kmaxim@maximlawfirm.com<br><br>**THE MAXIM LAW FIRM, P.C.**<br>1718 Peachtree St., NW<br>Suite 599<br>Atlanta, Georgia 30309<br>Phone: (404) 924-4272<br>Fax: (404) 924-4273 |

*Attorneys for Plaintiff-Relator Gretchen E. Olds*

## **CERTIFICATION**

 Pursuant to N.D. Ga. LR 7.1(D), counsel for Plaintiff-Relator hereby certifies that this document has been prepared with Times New Roman (14 point) font, which font has been approved under LR 5.1(C).

        s/ Lynn M. Adam
        Georgia Bar No. 002319
        ladam@khayatlawfirm.com

        THE KHAYAT LAW FIRM
        75 Fourteenth Street, NE
        Suite 2750
        Atlanta, Georgia 30309
        Tel: (404) 978-2750
        Fax: (404) 978-2901

        *Attorney for Plaintiff-Relator*
        *Gretchen E. Olds*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GRETCHEN E. OLDS, THE STATE OF GEORGIA *ex rel.* GRETCHEN E. OLDS, and GRETCHEN E. OLDS on her own behalf, <br><br> Plaintiffs and Relator, <br><br> v. <br><br> ONELIO E. PERDOMO, DAVE W. GEORGE, and RIVERSIDE FAMILY MEDICAL, P.C., <br><br> Defendants. | Civil Action No. 1:18-cv-01296-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2018, I submitted the foregoing **NOTICE OF DISMISSAL** by using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| James P. Mooney <br> Assistant Attorney General <br> State of Georgia <br> 200 Piedmont Avenue, S.E. <br> West Tower – 19th Floor <br> Atlanta, Georgia 30334 <br> jmooney@law.ga.gov | Gabriel Mendel <br> Assistant U.S. Attorney <br> Richard B. Russell Federal Building <br> 75 Ted Turner Drive, S.W. <br> Suite 600 <br> Atlanta, Georgia 30303 |

This 11th day of December, 2018.

s/ Lynn M. Adam
Georgia Bar No. 002319
